In the Matter of the BOARD OF EDUCATION OF THE DEER PARK UNION FREE SCHOOL DISTRICT, Appellant, v EWALD B. NYQUIST, as Commis-

sioner of Education of the State of New York, et al., Respondents.—Appeal from a judgment of the Supreme Court at Special Term, entered November 23, 1976 in Albany County, which dismissed petitioner's application, in a proceeding pursuant to CPLR article 78, to permanently stay the Commissioner of Education from determining an appeal before him pursuant to section 310 of the Education Law. Judgment affirmed, without costs, on the opinion of Mr. Justice Cobb at Special Term. Kane, J. P., Mahoney, Main, Larkin and Herlihy, JJ., concur.